E-FILED
Monday, 01 October, 2012  03:34:47 PM
Clerk, U.S. District Court, ILCD

THE PEOPLE OF THE UNITED STATES OF AMERICA IN THE UNITED STATES DISTRICT COURT OF PEORIA, ILLINOIS

THE PRESIDENT OF THE UNITED STATES OF AMERICA BY LAW, NOT ELECTORAL VOTES.

Mr. Derrick Van
                    Plaintiff,

       VS.

THE PRESIDENT OF THE UNITED STATES OF AMERICA BY ELECTORAL VOTES, NOT LAW.

Mr. Barack Obama

            Defendant,

FILED

OCT 1 2012

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

12-1337

## PETITION TO SUE AS A POOR PERSON

THIS FEDERAL LAWSUIT IS BEING BROUGHT FORTH BY THE PROPRIETARY OF THE NAME "THE PRESIDENT OF THE UNITED STATES OF AMERICA" AND TO PROVE THE ESTABLISED ENTITLEMENT OF THE NAME "THE PRESIDENT OF THE UNITED STATES OF AMERICA" AND THE DISCREPANCY OVER THE NAME "THE PRESIDENT OF THE UNITED STATES OF AMERICA", AND ADDITIONAL CLAIMS AS FOLLOWS;

## RELIEF

(1) THAT THE PLAINTIFF WILL PROVE THE ENTITLEMENT OF THE NAME; (2) THE PLAINTIFF WILL PROVE THAT HE WAS ALREADY "THE PRESIDENT OF THE UNITED STATES OF AMERICA BY LAW NOT VOTES; 10 MONTHS BEFORE OBAMA AND THE 2008 NOVEMBER ELECTION, AND THE NOVEMBER 2012 ELECTIONS BY LAW, NOT THE SYSTEM OF VOTES, BUT BY THE SYSTEM OF LAW.

## COMPLAINT

SINCE JANUARY 12, 2008, 10 MONTHS BEFORE THE 2008 NOVEMBER ELECTIONS AND THIS 2012 NOVEMBER ELECTION THE PLAINTIFF HAS BEEN LITIGATING THE DISCREPANCY OVER THE NAME "THE PRESIDENT OF THE UNITED STATES OF AMERICA" IN WHICH IS THE PLAINTIFF'S ENTITLEMENT NAME PER THE CASE 09 L 33 AND 09 L 136 DERRICK VAN VS. MCLEAN COUNTY THE PLAINTIFF CAN PROVE HOW THAT IS SO THROUGH THIS CIVIL LITIGATION PROCESS AND

THROUGH THIS JUDICIALLY CHALLENGING DEBATES BY LAW, NOT VOTES OVER THE "NAME" THE PRESIDENT OF THE UNITED STATES OF AMERICA".

THUS, JUDICIALLY CHALLENGING AND ONCE PROVEN THIS 2012 ELECTION TALLY WOULD BE A VIOLATION OF THE PLAINTIFF'S 14th AMENDMENT'S GUARANTEE OF EQUAL PROTECTION PER THE CASE BUSH VS. GORE.

THUS, PER THE CASE BUSH VS. GORE, PRESIDENT G.W. BUSH SET THE PRECEDENT OF THE UNITED STATES OF AMERICA IN THE COURT THAT A PRESIDENT/PRECEDENT CAN JUDICIALLY CHALLENGE A DISCREPANCY OVER THE NAME" THE PRESIDENT OF THE UNITED STATES OF AMERICA", "JUDICIALLY."

"THUS, AS THE INDEPENDENCE PARTY":
THE TIME IS ALWAYS RIGHT TO DO WHATS RIGHT FOR THE SAKE OF OUR CHILDRENS FUTURE, THE ECONOMY, THE SURPLUS, ENERGY, JOBS, THE PROSPERITY FOR AMERICA IN GENERAL. THAT NOT ALLOWING THE PLAINTIFF TO COME FORTH AND PROVE THIS DEBATE WOULD BE A POSTPONEMENT TO THE FUTURE OF PROSPERITY, AND IT'S DREAMS, AND A DISAPPOINTMENT TO THE AMERICAN PEOPLE ONCE AGAIN, AND A LET DOWN TO OUR PEOPLE AGAIN, WHEN WE HAVE THE OPPURITUNITY RIGHT NOW THRU THIS CHALLENGING LAWSUIT OVER THIS DISCREPANCY TO AMEND OUR FUTURE NOW, AND MUST NOT OVER LOOK THIS FIGHT, OR WE OVER LOOK OUR FUTURE, OUR KIDS FUTURE, AND OUR KIDS KIDS FUTURE, IF WE OVER LOOK THIS CHALLENGE.
   THEREFORE, THRU THIS FIGHT WE CAN SET THE PRECEDENT OF OUR FUTURE BY THE SYSTEM OF LAW, NOT THE OLD SYSTEM OF ELECTORAL VOTES, BUT BY LAW, NOT BY ELECTORAL VOTES.

THEREFORE, I AM NOT ONLY CALLING THIS DEBATE THE GREAT DEBATE, BUT I AM CALLING THIS DEBATE, "OPERATION SAVE AMERICA" BY LAW, NOT THE OLD TESTAMENT OF THE SYSTEM OF ELECTORAL VOTES.

FOR THE RELIEF OF THIS CLAIM 09 L 136 AND IT'S PRECEDENCE OF VARIOUS FACTS OF EVIDENCE WILL NOT ONLY REVEAL THE PLAINTIFF'S IDENTITY AND RIGHT TO CHALLENGE THE ELECTORAL CANDIDATES BECAUSE THE PLAINTIFF IS THE PRESIDENT OF THE UNITED STATES OF AMERICA "ALREADY BY LAW", NOT ELECTORAL VOTES. BUT EVIDENCE OF THE ART OF FACTS THAT WILL BE USED TO PROVE THIS PLAINTIFF'S CANDIDACY AND HOW THIS INDEPENDENCE PARTY CANDIDATE HAD TRANSPIRED IN THE SYSTEM OF LAW, NOT THE OLD TESTAMENT OF THE SYSTEM OF ELECTORAL VOTES. IS OBJECTS OF MATERIALS OF EVIDENCE SUCH AS VIDEO DATA, E.C.T. AND ALL OTHER MATERIALS OF EVIDENCE SHOULD REMAIN CLASSIFIED TO PROTECT THE BURDEN OF PROOF UNTIL THE PROVINGS OF THESE HEARINGS BEGIN.

THUS, WHEN I BECAME THIS POLITICAL FIGURE THIS COUNTY NOT ONLY TRIED TO COVER IT UP, BUT DECEIVED NOT ONLY OTHER BRANCES OF JUDICIAL COURTS, BUT THE REST OF THE AMERICAN PEOPLE BY THE COUNTY ALWAYS TRYING TO TELL THE STORY WITHOUT EVER GIVING ME THE RIGHT TO BE HEARD. WHICH PUT ME AT A DISADVANTAGE, BECAUSE OF HOW I BECAME "THE PRESIDENT OF THE UNITED STATES OF AMERICA" OUTSIDE OF THE ELECTORAL SYSTEM IN THESE UNTHOUGHT OF WAYS IN THE SYSTEM OF LAW THAT I FELT OBLIGATED TO REMAIN THE COURSE IN LITIGATING THE ART OF FACTS OVER THE NAME "THE PRESIDENT OF THE UNITED STATES OF AMERICA" AND MY FIGHT FOR THE PROSPERITY OF MY COUNTRY AND EACH AND EVERY AMERICAN WHO NEEDS A REAL FIGHTER / PRESIDENT TO FIGHT FOR THEM AND "THE UNITED STATES OF AMERICA" AND THAT CANDIDATE IS ME.

THRU THIS FEDERAL COURT WE ARE SEEKING EQUAL JUSTICE UNDER LAW, AND DUE PROCESS WITHOUT ANY INJUSTICE ON EQUAL JUSTICE AND DUE PROCESS OF LAW, AND ALLOW THE PLAINTIFF THE RIGHT TO BE HEARD IN THIS COURT OF LAW WITHOUT BEING TREATED WITH ANY INDIFFERENCES.

: RESPECTFULLY SUBMITTED BY THE PRESIDENT BY LAW:

- PRESIDENT Derrick Julius Van -